**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 78 MAL 2018

             Respondent          :

                          :    Petition for Allowance of Appeal from

                          :    the Order of the Superior Court

             v.              :

                          :

                          :

SCOTT ALLEN STOUFFER,        :

                          :

             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.